IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREAT AMERICAN INSURANCE COMPANY, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 04-1148 |
| Plaintiff, | | |
| v. | | |
| NORWIN SCHOOL DISTRICT, | | Judge Terrence F. McVerry/ Magistrate Judge Robert C. Mitchell |
| Defendant and Third Party Plaintiff | | |
| v. | | |
| SHOFF CONSTRUCTION and DESIGN, INC. and FOREMAN PROGRAM & CONSTRUCTION MANAGERS, INC., | | |
| Third Party Defendants. | | |

## ORDER OF COURT

AND NOW, to-wit, this <u>1ST</u> day of <u>SEPTEMBER</u>, 2006, upon consideration of Great American's Amended Motion for Entry of Judgment, it is hereby ORDERED that judgment is entered in favor of Plaintiff, Great American Insurance Company, and against Norwin School District in the amount of $467,342.05 together with prejudgment interest at the statutory rate of six percent (6%) per annum from July 1, 2004 through the date of entry of this judgment.

_____McVerry_____ J.
United States District Judge