IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREAT AMERICAN INSURANCE COMPANY, | ) ) | Civil Action No. 04-1148 |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| NORWIN SCHOOL DISTRICT, Defendant and Third-Party Plaintiff, | ) ) ) ) | |
| vs. | ) ) | |
| SHOFF CONSTRUCTION & DESIGN INC. and FOREMAN PROGRAM & CONSTRUCTION MANAGERS, INC., Third-Party Defendants. | ) ) ) ) | |

O R D E R

AND NOW, this 7th day of December, 2006, after the Plaintiff, Great American Insurance Company, filed an action in the above-captioned case, and after a motion for summary judgment as to damages against additional defendant Foreman Program & Construction Mangers, Inc. was submitted by the Defendant, Norwin School District, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the Defendant, and upon independent review of the motions and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 134), which is adopted as the opinion of this Court,

IT IS ORDERED that the motion for summary judgment for damages against additional defendant Foreman Program & Construction Managers, Inc., submitted on behalf of Defendant Norwin School District (Docket No. 127), is denied.

BY THE COURT:

s/ Terrence F. McVerry
United States District Judge

cc: Amy E. Bentz, Esquire
Email: aebentz@bentzlaw.com

James W. Bentz, Esquire
Email: jwbentz@bentzlaw.com

David Raves, Esquire
Email: dr@mbm-law.net

Jennifer L. Cerce, Esquire
Email: jlc@mbm-law.net

W. David Slomski, Esquire
Email: dslomski@slomskicaruso.com

Joseph H. Bucci, Esquire
Email: jbucci@metzlewis.com

Ross A. Giorgianni, Esquire
Email: rgiorgianni@metzlewis.com

Mark J. Gesk, Esquire
Email: mgesk@waymanlaw.com

Kevin M. Eddy, Esquire
Email: keddy@waymanlaw.com

Richard L. McMillan, Esquire
Email: rmcmillan@waymanlaw.com